B230B (Form 230B) (08/07)

# United States Bankruptcy Court
_____ District Of __North Dakota__

**In re** __Joshua Paul York and Jamie Lynn York__          Case No. __10-31311__
**Debtor***
Address: __4102 Woodhaven St. S.__          Chapter 13
__Fargo, ND 58104__

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any): __8682 and 6107__
Employer Tax-Identification (EIN) No(s).(if any): ____

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on __October 21, 2010__ (date), and was modified on _____ (date). The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:

The debtor's chapter 13 plan is confirmed, with the following provisions:

1. Payments:
Amount of each payment:    $ __$1,820.00__

Due date of each payment: the    ☐ _____ day of each month, or
                                 ☒ starting 12/07/10

Period of payments:    ☒ __60__ months,
                       ☐ until a _____% dividend is paid to creditors holding allowed unsecured claims, or
                       ☒ total payments of $109,200.00

Payable to:
__Wayne Drewes__                    Standing Trustee
__P.O. Box 2783__
__Fargo, ND 58108-2783__

2. Attorney's Fees:
The debtor's attorney is awarded a fee in the amount of $__2,500.00__, of which $__2,000.00__ is due and payable from the estate.

3. [Other provisions as needed] _____

__December 29, 2010__          __/s/ WILLIAM A. HILL__
*Date*                          *Bankruptcy Judge*

\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.